# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CASSIE CALLAWAY,
an individual,

       Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES LLC,
a foreign limited liability company,

       Defendant.

_____/

Case No.: 8:26-cv-00459-VMC-SPF

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT
## AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC

**COMES NOW**, Plaintiff, CASSIE CALLAWAY, ("Plaintiff"), by and through the undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC ("Equifax") have reached a conditional settlement in this action.  Upon full compliance with the terms of such settlement, Plaintiff and Equifax will request that this matter be dismissed with prejudice.

Dated: June 26, 2026

Respectfully submitted,

**SWIFT LAW PLLC**
*/s/ Jon P. Dubbeld*
_____
**Jon P. Dubbeld, Esq., FBN 105869**
**Aaron M. Swift, Esq., FBN 0093088**

1

**Jordan T. Isringhaus, Esq., FBN 0091487**
**Sean E. McEleney, Esq., FBN 125561**
11300 4th Street N, Ste. 260
St. Petersburg, FL 33716
Phone: (727) 490-9919
Fax: (727) 255-5332
jdubbeld@swift-law.com
aswift@swift-law.com
jisringhaus@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2026, I filed a true and correct copy of the above and foregoing *Notice of Settlement* via CM/ECF which will electronically serve all counsel of record:

/s/ *Jon P. Dubbeld*
Attorney for Plaintiff

2